JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UT BRANDS LLC, | CV 24-131 PA (ASx) |
| Plaintiff, | JUDGMENT AND PERMANENT INJUNCTION |
| v. | |
| DONGYAN CHUQI TRADE CO., LTD., | |
| Defendant. | |

Pursuant to this Court's May 15, 2024 Minute Order granting the Motion for Default Judgment filed by plaintiff UT Brands LLC ("Plaintiff") against defendant Dongyan Chuqi Trade Co., Ltd. ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff shall recover from Defendant the amount of $40,000.00;

2. Defendant, its officers, agents, servants, employees, representatives, attorneys, their successors and assigns, and all other persons, firms, or corporations in active concert or participation with Defendant who receive notice hereof, including but not limited to all subsidiaries, affiliates, licensees, employees, or assigns of Defendant, are permanently enjoined from further infringement of Plaintiff's Copyright, Registration No. VAu-1-435-981, including from reproducing, distributing and/or selling the SHOUSIER 302 game through Amazon or any other sales channels;

3. Plaintiff shall recover from Defendant its costs of suit; and

4. Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

The Clerk is ordered to enter this Judgment and Permanent Injunction.

DATED: May 15, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE